UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MIA N. THOMPSON,                    )
                                    )
              Petitioner,           )
                                    )
         v.                         )        No. 4:09-CV-1705-DJS
                                    )
CYNDI PRUDDEN,                      )
                                    )
              Respondent.           )

## ORDER AND MEMORANDUM

This matter is before the Court upon the filing of a 28
U.S.C. § 2254 petition for writ of habeas corpus that is signed by
Jeff Thompson, on behalf of his adopted daughter, Mia N. Thompson.

Jeff Thompson has failed to file a motion to act as next
friend for Mia N. Thompson. *See* Fed.R.Civ.P. 17(c). Moreover, it
does not appear that Jeff Thompson may bring this action pro se on
behalf of his daughter. *See Cheung v. Youth Orchestra Foundation
of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990)(nonattorney parent
must be represented by counsel when bringing action on behalf of
child); *Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986)(minor
child cannot bring suit through parent acting as next friend if
parent is not represented by counsel); *see also Lewis v. Lenc-Smith
Mfg. Co.*, 784 F.2d 829, 830 (7th Cir. 1986)(person not licensed to
practice law may not represent another individual in federal
court).

Accordingly,

**IT IS HEREBY ORDERED** that no order to show cause shall issue at this time as to respondent.

**IT IS FURTHER ORDERED** that, for the reasons set forth above, the instant application for a writ of habeas corpus is **DENIED**, without prejudice.

Dated this 5th day of November, 2009

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE